### IN THE UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
| ) | Docket Number 13-4766 |
| Plaintiff/Appellee,          ) | |
| ) | |
| v.          ) | |
| ) | |
| MONTERIO DEMIETRUS RILEY,          ) | |
| ) | |
| Defendant/Appellant.          ) | |
| _____) | |

**APPELLANT'S FINAL MOTION TO CONTINUE BRIEFING SCHEDULE**

The appellant, Monterio Demietrus Riley, through counsel, and pursuant to Rule 26(b), Fed.R.App.P., respectfully moves this Court to extend the due date for the filing of Appellant's Brief and Appendix to April 25, 2014.

In support of such motion, Appellant's counsel states the following:

1. Appellant remains in the custody of the U.S. Bureau of Prisons.

2. Appellant's opening brief originally was due on January 17, 2014.

3. The undersigned requested a two-week extension until January 31, 2014 in order to review proposed amendments to the U.S. Sentencing Guidelines to determine any impact on Appellant's appeal.

4. The undersigned requested a one-week extension until February 7, 2014 in order to assess the U.S. Senate Judiciary Committee recent actions on the *Smarter Sentencing Act* (S. 1410) and the U.S. Justice Department's expanded clemency policy, which had potential ramifications on the appeal.

5. The undersigned requested a 30-day continuance until March 7, 2014 in order to receive and review a copy of Appellant's plea colloquy, which was essential to writing the opening brief.

6. The undersigned requested a one-week continuance until March 14, 2014 due to emergency proceedings required in the United States v. Butler case, case number 14-mj-09037, arising out of the United States District Court for the Northern District of Ohio.

7. The undersigned requested a three (3) day extension until March 17, 2014 due to being called out of town for matters related to United States v. Mitchell Stein, case number 11-cr-80205, arising out of the United States District Court for the Southern District of Florida.

8. The undersigned then requested a four (4) day extension due to Attorney General Holder's statements before the U.S. Sentencing Commission on Thursday, March 13, 2014 that could have had some impact on Defendant's case. This testimony can be found at: http://www.justice.gov/opa/pr/2014/March/14-ag-263.html.

9. The undersigned further requested a three (3) day continuance in order to have time to continue reviewing the Department of Justice policy speeches.

10. The Court then issued a Rule 46 Notice to undersigned setting the Brief due date to April 22, 2014.

11. The undersigned requests a final extension of three (3) days since Appellant is raising constitutional due process claims regarding the U.S. Department of Justice's new charging policies as to individuals subject to mandatory minimum penalties based on drug quantities.

12. During the pendency of this briefing schedule, an enormous number of developments have transpired that are pertinent to Appellant's due process claims. To name but a few, (1) the Attorney General has, since last August and continuing through this month, testified before Congress and the U.S. Sentencing Commission about said charging policies; and (2) on April 10, 2014, the U.S. Sentencing Commission, for the first time in its history, modified the drug quantity table two levels downward and is no seeking comment on whether to give the same retroactive effect.

13. These among other recent developments pertinent to Appellant's due process claims require the undersigned additional time to review and analyze.

14. The undersigned expects this to be the absolute final request for a brief extension of the briefing schedule.

WHEREFORE, Appellant respectfully moves this honorable Court to extend the deadline for filing of Appellant's Brief and Joint Appendix with a new deadline of April 25, 2014.

Dated: April 22, 2014

Respectfully Submitted,

 /s/ Mark H. Allenbaugh
MARK H. ALLENBAUGH, ESQ.
Law Offices of
Mark H. Allenbaugh
30432 Euclid Ave., Suite 101
Wickliffe, Ohio 44092
Phone: (800) 605-4993
Fax: (714) 464-4463
Email: mark@allenbaughlaw.com
*Attorney for Defendant/Appellant*
*Monterio Demietrus Riley*

## Certificate of Service

I hereby certify that on this 22nd day of April, 2014, I served by electronic mail a copy of the forgoing Motion to Continue Briefing Schedule on all attorneys in this matter through the Court's ECF/CM system.

Dated: April 22, 2014

                                             /s/ Mark H. Allenbaugh
                                            MARK H. ALLENBAUGH, ESQ.