FILED: April 22, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4766

(1:12-cr-00440-WO-1)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

MONTERIO DEMIETRUS RILEY, a/k/a Monterio Demetral Riley

  Defendant - Appellant

_____

O R D E R

_____

  Appellant's motion for extension of time to file the opening brief and joint appendix is denied.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk