UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 29, 2014

_____

No. 13-4766
(1:12-cr-00440-WO-1)

_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

MONTERIO DEMIETRUS RILEY, a/k/a Monterio Demetral Riley

       Defendant - Appellant

_____

ANDERS NOTICE
_____

NOTICE TO APPELLANT: Monterio Riley

PRO SE SUPPLEMENTAL BRIEF DUE: 11/28/2014

Your attorney has filed a brief on your behalf pursuant to Anders v. California, 386 U.S. 738 (1967). In accordance with the requirements of that case, this court will undertake a full review of the district court record to determine whether there may be any issues of possible merit on appeal.

You have the right to submit a brief raising any arguments that you think might support your appeal. You need not furnish any legal citations but should present the facts and arguments you wish the court to consider.

Should you wish to file a pro se supplemental brief, you must file an original with the court within 30 days and serve a copy on counsel in this case. If you are unable to prepare your brief in English, the brief should be filed and served in your native language, and your attorney will arrange for translation. If you are satisfied with the brief filed by your attorney, you need not file a pro se supplemental brief.

Cyndi Halupa, Deputy Clerk
804-916-2704

Copies:    Mr. Michael E. Archenbronn
P. O. Box 30181
Winston-Salem, NC 27130

Mr. Andrew Charles Cochran
OFFICE OF THE UNITED STATES ATTORNEY
101 South Edgeworth Street
4th Floor
Greensboro, NC 27401-0000

Monterio Demietrus Riley
28791-057
FCI BUTNER MEDIUM
P. O. Box 1000
Butner, NC  27509